IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MARK BROCK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 1:06-CV-101 (WLS) |
| | : | |
| Dr. DWAYNE AYERS, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendant. | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER TO SHOW CAUSE

On July 20, 2006, plaintiff was ordered to provide the Court with a certified copy of his trust fund account statement by August 18, 2006. To date, plaintiff has failed to provide this documentation to the Court or to explain his failure to do so.

Therefore, plaintiff is hereby **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN TEN (10) DAYS** from the date of his receipt of this Order, why this case should not be dismissed for failure to provide the Court with a certified copy of his trust fund account statement. Plaintiff should either provide the statement or advise the Court: (1) what attempts, if any, he has made to obtain such a statement; (2) whether he has requested prison officials to submit the information to the Court; and, if so, what response he has received from prison officials; and (3) whether he wishes to proceed with the instant lawsuit.

In the meantime, there shall be **NO SERVICE** of process upon any defendant.

**SO ORDERED**, this 28th day of August, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb